NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant,*

v.

**ABERCROMBIE & FITCH CO.,**
*Defendant-Appellee,*

AND

**ASICS AMERICA CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., BARNESANDNOBLE.COM, LLC, BRAIN BUSTERS, LLC, BRAWN, LLC, CABELA'S, INC., CITIZEN WATCH COMPANY OF AMERICA, INC., DELTA AIRLINES, INC., DILLARD'S, INC., FLAIRVIEW TRAVEL PTY LTD., FLIGHTBOOKERS LTD., IAC SEARCH & MEDIA, INC., IP HOLDINGS, INC., ICONIX BRAND GROUP, INC., JAG FOOTWEAR, ACCESSORIES & RETAIL CORPORATION (ALSO KNOWN AS JONES RETAIL CORPORATION), MACY'S WEST STORES, INC., MACYS.COM, INC., NETFLIX, INC., ONESTOP INTERNET, INC., ORIENTAL TRADING COMPANY, INC., SUBARU OF AMERICA, INC., SUNGLASS HUT TRADING, LLC, TARGET CORPORATION, THE GOODYEAR TIRE & RUBBER COMPANY, TRIPADVISOR LLC, US AIRWAYS, INC., AND ZAPPOS RETAIL, INC.,**
*Defendants-Appellees,*

AND

**ADIDAS AMERICA, INC.,**
*Defendant-Appellee,*

AND

**AEROPOSTALE, INC. AND RALPH LAUREN
MEDIA, LLC,**
*Defendants-Appellees,*

AND

**H-D MICHIGAN, INC. AND HARLEY-DAVIDSON,
INC.,**
*Defendants-Appellees,*

AND

**VOLKSWAGEN OF AMERICA INC. (NOW KNOWN
AS VOLKSWAGEN GROUP OF AMERICA),
BENTLEY MOTORS, INC., AND BENTLEY MOTORS
LTD.,**
*Defendants-Appellees,*

AND

**BRIGGS & STRATTON CORP.,
BRIGGS & STRATTON POWER PRODUCTS
GROUP, LLC, MOTOROLA MOBILITY, INC., AND
MAPQUEST, INC.**
*Defendants-Appellees,*

AND

**BROOKS SPORTS, INC. AND RUSSELL BRANDS,
LLC,**
*Defendants-Appellees,*

AND

**COLDWATER CREEK, INC.,**
*Defendant-Appellee,*

AND

**HSN INTERACTIVE LLC AND HSN LP,**
*Defendants-Appellees,*

AND

**HAYNEEDLE, INC.,**
*Defendant-Appellee,*

AND

**J.C. PENNEY CORPORATION, INC., JUICY COUTURE, INC., KMART CORPORATION, LIZ CLAIBORNE, INC., NEW BALANCE ATHLETIC SHOE, INC., NORDSTROM, INC., OFFICE DEPOT, INC., PATAGONIA, INC., RECREATIONAL EQUIPMENT, INC., SEARS BRANDS, LLC, SEARS HOLDINGS CORPORATION, SEARS, ROEBUCK AND CO., THE GAP, INC., WILLIAMS-SONOMA, INC., QVC, INC., AND VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC,**
*Defendants-Appellees,*

AND

**JP MORGAN CHASE & CO.,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS USA, INC.,**
*Defendant-Appellee,*

AND

**LOWE'S HOME CENTERS, INC.,**

*Defendant-Appellee,*

AND

**MAGHOUND ENTERPRISES, INC., TIME, INC.,
AND TOYOTA MOTOR SALES USA, INC.,**
*Defendants-Appellees,*

AND

**NIKE, INC.,**
*Defendant-Appellee,*

AND

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Appellee,*

AND

**SOUTHWEST AIRLINES CO.,**
*Defendant-Appellee,*

AND

**REDBOX AUTOMATED RETAIL, LLC,**
*Defendant-Appellee,*

AND

**STAPLES, INC.,**
*Defendant-Appellee,*

AND

**VF OUTDOOR, INC.,**
*Defendant-Appellee.*

---

2012-1227

Appeal from the United States District Court for the Eastern District of Texas in case no. 12-CV-0018, Chief Judge Leonard Davis.

## ON MOTION

## ORDER

Parallel Networks, LLC moves without opposition to withdraw George S. Bosy as of counsel. Briggs & Stratton Corp., Briggs & Stratton Power Products Group, LLC, and Motorola Mobility move to withdraw Gary J. Fischman and to substitute Vivian S. Kuo as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JUN 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David R. Bennett, Esq.
John F. Sweeney, Esq.
William H. Oldach, III, Esq.
C. Erik Hawes, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK

Michael J. McKeon, Esq.
Gary J. Fischman, Esq.
Nathan W. Johnson, Esq.
Peter J. Brann, Esq.
Jason C. White, Esq.
Joseph R. Lanser, Esq.
John P. Passarelli, Esq.
Kenneth J. Jurek, Esq.
James Robert Arnett, II, Esq.
Steven M. Lieberman, Esq.
Phillip B. Philbin, Esq.
John M. Caracappa, Esq.
Vivian S. Kuo, Esq.
Christopher J. Renk, Esq.
Jeffrey S. Patterson, Esq.
Ramsey M. Al-Salam, Esq.
Max Ciccarelli, Esq.
Gerald C. Conley, Esq.
David G. Mangum, Esq.

s21